9 P.3d 512

# SUPREME COURT OF HAWAI'I

August 30, 2000

| | | |
|---|---|---|
| 22301 | Napolean v. Condotech's Hawaii Resort | Affirmed |
| 22588 | State v. Lopes | Affirmed |

### August 31, 2000

| | | |
|---|---|---|
| 22499 | State v. Ekenberg | Vacated |
| 23032 | State v. Morgan | Affirmed |

### September 1, 2000

| | | |
|---|---|---|
| 22602 | Doe, In re | Affirmed |

### September 6, 2000

| | | |
|---|---|---|
| 22601 | Doe, In re | Affirmed |

### September 15, 2000

| | | |
|---|---|---|
| 22529 | State v. Jove | Affirmed |

### September 19, 2000

| | | |
|---|---|---|
| 23063 | State v. Camara | Affirmed |

### September 22, 2000

| | | |
|---|---|---|
| 20853 | Schmalz v. Goldblatt | Affirmed |
| 22846 | State v. Chee | Affirmed |
| 22958 | State v. Ing | Affirmed |

### September 25, 2000

| | | |
|---|---|---|
| 22486 | State v. Marbou | Vacated |

### September 29, 2000

| | | |
|---|---|---|
| 22489 | State v. Milford; State v. Hartshorn; State v. Davis | Reversed |
| 22288 | Yee v. VSL Prestressing (Guam), Inc.; In re Yee | Affirmed |